# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA** )
)
)
      **vs** )    Case No.  3:08CR116(6)
)

   **Reginald Pugh**

## ORDER TERMINATING SUPERVISED RELEASE

On August 17, 2016, the above named commenced his six (6) year term of supervised release. Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that the term of supervised release be terminated.

            *Walter H. Rice*  (tp - per Judge Rice authorization after his review)
            The Honorable Walter H. Rice
            United States District Judge

            09-17-2020
            Date